Submitted on record and briefs May 30, affirmed December 19, 2007

# STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

# PATRICIA LEE LEWIS,
*Defendant-Appellant.*

Tillamook County Circuit Court
036127; A123967

174 P3d 1042

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Bronson D. James, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Judy C. Lucas, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Ortega, Judge.

PER CURIAM

Affirmed. *State v. Lewis* (A123966), 217 Or App 56, 174 P3d 1043 (2007).